

2:25-cv-00302

(*) I Will like This Letter Formatted For Request for A 1983 Bivens Civil Complaint Form

(*) Along W/ A Form To Proceed PAUPER

I WISH TO PURSUE AGAINST JAMES SANDS. DIRECTOR OF DISMAS CHARITIES

Along Denise Isaacs (DIRECTOR)   Mrs. McKarthy (CORRECTIONAL STAFF)

CMO MR. Williams   Kitchen Staff. Mrs. Scott   SCOTT

CMO LOWERY   CMO. Phin X
CMO. Jenxs
CMO. SIOAN
CMO. HURLEY

Sueing For $500,000 five hundred thousand dollars zero cents.
① For Deliberate Indifference To A Prisoners Medical Care.
② Violations of PREA (sexual harrassing)
③ RETALIATION