**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

DE'MAUREA D. DAVIS,

               Plaintiff,

v.                                         CIVIL ACTION NO.   2:25-cv-00302

JAMES SANDS, et al.,

               Defendants.

**ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On June 8, 2026, Judge Tinsley submitted his Proposed Findings & Recommendation ("PF&R"), [ECF No. 23], and recommended that the court GRANT Defendants' Motion to Dismiss, [ECF No. 10], DISMISS the Amended Complaint, [ECF No. 6], and DISMISS this action. Neither party filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** Defendants' Motion to Dismiss, [**ECF No. 10**], **DISMISSES** the Amended Complaint, [**ECF No. 6**],

**DISMISSES** this case without prejudice, and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:        July 8, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2